UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-31918 |
| Estella Bradley | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO MODIFY STAY**

THIS CAUSE coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, pursuant to the motion filed by the Debtor to extend time to file her Response to the Motion of US Bank Trust to Modify the Stay pursuant to Fed. R. Bankr. P. 9006(b)(1), due notice being served, and the court being fully advised on the premises; and

IT FURTHER APPEARING to the undersigned that the relief requested by the debtor(s) in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor(s) have established good and sufficient cause to grant said relief; and

IT FURTHER APPEARING to the undersigned that the motion of the Debtors to extend time to file their Response to the Motion to Modify Stay filed by US Bank Trust through January 10, 2020 should be granted and the Response of the Debtor is due on January 10, 2020; Reply, if any is due on or before January 15, 2020.

IT IS THEREFORE SO ORDERED.

Enter:  *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: January 10, 2020

**Prepared by:**

J. Kevin Benjamin, Esq.
ARDC #: 6202321
Theresa S. Benjamin, Esq.
ARDC #: 6230425
Benjamin | Brand | LLP
1016 West Jackson Blvd.
Chicago, Illinois 60607-2914
Phone: (312) 853-3100